# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2242 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 11 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 23199 |
| | : | |
| GEORGE B. DITTER, | : | (Montgomery County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2017, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and George B. Ditter is suspended on consent from the Bar of this Commonwealth for a period of five years, retroactive to February 12, 2016. He shall comply with all provisions of Pa.R.D.E. 217.

    Respondent shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.